JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GS HOLISTIC, LLC,

        Plaintiff,

    v.

CROWN SMOKE & VAPE, INC d/b/a
CROWN SMOKE & VAPE, BARNAR
BITTAR and ATALLA LAWRANCE,

        Defendants.

CV 23-1691 PA (MARx)

JUDGMENT

      Pursuant to this Court's July 27, 2023 Minute Order granting plaintiff GS Holistic, LLC's ("Plaintiff") Motion for Default Judgment against defendants Crown Smoke & Vape, Inc and Atalla Lawrance ("Defendants"), it is hereby ORDERED, ADJUDGED, AND DECREED:

      1.    Plaintiff shall have judgment in its favor and against Defendants;

      2.    Plaintiff shall recover from Defendants, jointly and severally, the amount of $10,597.00 (consisting of $10,000.00 in statutory damages and $597.00 in costs). Plaintiff is also entitled to post judgment interest at the statutory rate pursuant to 28 U.S.C. § 1961 from the date of this Judgment until paid.

   DATED: July 27, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE